District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LADISLAO GARCIA GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1990-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration on:<br>March 4, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 3, 2024.  Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on his and his derivative spouse's Form I-918s, Applications for U Nonimmigrant Status, and Form I-765s, Applications for Employment Authorization.  For good cause, the parties request that the Court hold this case in abeyance until April 3, 2024.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

  With additional time, this case may be resolved without the need of further judicial intervention. USCIS has acted on most of the applications at issue here. The only remaining application that USCIS has not adjudicated is the derivative wife's Form I-765. USCIS needs additional time to act on this application. Accordingly, the parties respectfully request that the instant action be stayed until April 3, 2024. The parties will submit a joint status report on or before April 3, 2024.

Dated: March 4, 2024          Respectfully submitted,

                  TESSA M. GORMAN
                  United States Attorney

                  *s/Michelle R. Lambert*
                  MICHELLE R. LAMBERT, NYS #4666657
                  Assistant United States Attorney
                  United States Attorney's Office
                  1201 Pacific Avenue, Suite 700
                  Tacoma, Washington 98402
                  Phone: 253-428-3824
                  Email: michelle.lambert@usdoj.gov
                  *Attorneys for Defendants*

                  ***I certify that this memorandum contains 252 words, in compliance with the Local Civil Rules.***

                  *s/Katherine H. Rich*
                  KATHERINE H. RICH, WSBA#46881
                  Rich Immigration PC
                  1207 N. 200th Street, Suite 214b
                  Shoreline, Washington 98133
                  Phone: 206-853-4073
                  Email: katherine@richimmigration.com
                  *Attorney for Plaintiff*

**ORDER**

The case is held in abeyance until April 3, 2024.  The parties shall submit a joint status report on or before April 3, 2024.  It is so **ORDERED**.

DATED this 4th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge